ORIGINAL

C I T A T I O N

T H E   S T A T E   O F   T E X A S

**CAUSE NO. D-1-GN-13-003076**

PATRICK FARLEY                                                                    , Plaintiff
        vs.
DHI MORTGAGE COMPANY, LTD; ET AL                                                  , Defendant

TO:   ANGELA CARTER
      2380 PERFORMANCE DRIVE
      RICHARDSON, TEXAS 75082

Filed in The District Court
of Travis County, Texas

SEP 10 2013

143

Defendant, in the above styled and numbered cause:

**YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.**

Attached is a copy of the <u>PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR TEMPORARY RELIEF, AND REQUEST FOR DECLARATORY RELIEF</u> of the <u>PLAINTIFF</u> in the above styled and numbered cause, which was filed on <u>SEPTEMBER 3, 2013</u> in the <u>200TH JUDICIAL DISTRICT COURT</u> of Travis County, Austin, Texas.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, <u>September 12, 2013</u>.

REQUESTED BY:
STEPHEN CASEY
600 ROUND ROCK WEST DR STE 602
ROUND ROCK, TX 78681
BUSINESS PHONE:(512)257-1324
FAX:(512)853-4098

AMALIA RODRIGUEZ-MENDOZA
Travis County District Clerk
Travis County Courthouse
1000 Guadalupe, P.O. Box 679003 (78767)
Austin, TX 78701

PREPARED BY: BROOKE DANIEL

— -- - -- - -- - -- - -- -- **R E T U R N** -- - -- - -- -- - -- -- - -- -- -- - --

Came to hand on the __13__ day of __Sept.__ , __2013__ at __1:15__ o'clock __P__ M., and

executed at _____ within the County of

_____ on the _____ day of _____, _____, at _____ o'clock ____M.,

by delivering to the within named _____, each

in person, a true copy of this citation together with the <u>PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR TEMPORARY RELIEF, AND REQUEST FOR DECLARATORY RELIEF, EFILE MANDATE, LAWYER REFERRAL</u> accompanying pleading, having first attached such copy of such citation to such copy of pleading and endorsed on such copy of citation the date of delivery.

Service Fee: $ **85.00**

Sworn to and subscribed before me this the

_____ day of _____, _____.

_____
Notary Public, THE STATE OF TEXAS

D-1-GN-13-003076

⬚ Original          ⬚ Service Copy

Sheriff / Constable / Authorized Person

By: **RETURN ATTACHED**

Printed Name of Server

_____ County, Texas

SERVICE FEE NOT PAID **DRLS**          P01 - 000015542
516 West Annie St.
Austin, Texas 78704
733S-10-CIT

Unofficial copy - Travis Co. District Clerk Amalia Rodriguez-Mendoza

**RETURN**                                                            Cause No.  D-1-GN-13-003076

Came to hand on the 13th day of September, 2013, at 1:15 o'clock p.m..

X   Citation
X   Plaintiff's Original Petition, Request for Temporary Relief, and Request for Declaratory Relief
X   Travis County E-File Mandate Order        X    Lawyer Referral Service Sheet

<u>Executed at 2380 Performance Drive, Richardson, Texas 75082, within the County of Collin, on the 23rd day of September, 2013, by delivering to the within named, ANGELA CARTER, via U.S.P.S. Certified mail, return receipt requested (see return receipt attached,)</u> a true copy of the above specified civil process, having first endorsed thereupon the date mailed.  I am over eighteen (18) years of age and not a party to or interested in the outcome of the above numbered cause.  I am authorized to serve citations and other notices in this cause by Texas Supreme Court Order #SCH1660, exp. 11/30/2014. This return is attached to original process or a true copy thereof.  I declare under penalty of perjury that the foregoing is true.

____Tod E. Pendergrass____                    _____
Printed Name of Process Server                Signature of Authorized Process Server
                                              DRLS, 516 W. Annie, Austin, Tx. 78704

VERIFICATION:  STATE OF TEXAS, COUNTY OF TRAVIS        Re:  Casey/7335-10(cit)

Before me, a notary public, on this day personally appeared the above named person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements/facts therein contained are within his/her personal knowledge to be true and correct.  Given under my hand and seal of office on the 27th day of September, 2013.

STAR SALAZAR
NOTARY PUBLIC
State of Texas
Comm. Exp. 04-27-2015

_____
Notary Public Signature in and for the State of T E X A S

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Attn: Angela Carter**
c/o RECONTRUST COMPANY, N.A.
2380 Performance Drive
Richardson, Texas 75082

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____     ☐ Agent
                      ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)           ☐ Yes

7012 1010 0000 2367 1247

PS Form 3811, February 2004       Domestic Return Receipt  7335-10      102595-02-M-1540